FILED
CLERK, U.S. DISTRICT COURT
MAY 1 2 2017
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO DUARTE LA SCALA, | NO. ED CV 16-2669-JAK(E) |
| Plaintiff, | |
| v. | JUDGMENT |
| R. GROVES, ET AL., | |
| Defendants. | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: __MAY 1 2 2017__, 2017.

/s/ John A. Kronstadt
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE